# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-01-00296-CR

Lance William Tisdale, Appellant

v.

The State of Texas, Appellee

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 299TH JUDICIAL DISTRICT
### NO. 002194, HONORABLE JON N. WISSER, JUDGE PRESIDING

**PER CURIAM**

Appellant's motion to dismiss this appeal is granted. *See* Tex. R. App. P. 42.2(a). The appeal is dismissed.

Before Chief Justice Aboussie, Justices Yeakel and Patterson

Dismissed on Appellant's Motion

Filed: August 9, 2001

Do Not Publish